# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

MATTHEW GAVAZZI,

                Plaintiff,

v.                           **CASE NUMBER: 3:13-CV-834 (FJS)**

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Judgment, dated March 31, 2016, is VACATED, *see* dkt. no. 19, and the matter is REMANDED to the Commissioner of Social Security for reconsideration.

All of the above pursuant to the mandate of the Second Circuit Court of Appeals issued the 12th day of June, 2017.

DATED: June 13, 2017

Clerk of Court

s/
Nicole Eallonardo
Deputy Clerk